1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11  TERRELL TAYLOR,                          ) NO. CV 10-6929-JST (MAN)
                                             )
12                  Petitioner,              )
                                             )
13       v.                                  ) JUDGMENT
                                             )
14  MATTHEW CATE, WARDEN,                    )
                                             )
15                  Respondent.              )
    _____)
16

17

18       Pursuant to the Court's Order Adopting Findings, Conclusions, and

19  Recommendations of United States Magistrate Judge,

20

21       IT IS ADJUDGED that this action is dismissed with prejudice.

22

23  DATED: June 14, 2011    .

24

25                                      **JOSEPHINE STATON TUCKER**
                                        JOSEPHINE STATON TUCKER
26                                      UNITED STATES DISTRICT JUDGE

27

28